IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SALLY A. COVINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. CV-04-0309-MWL<br><br>ORDER GRANTING MOTION FOR<br>STIPULATED REMAND |

Based on the stipulation of the parties, it is **ORDERED** that the above-captioned case is **reversed** and **remanded** for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will issue a new decision to include further consideration of Plaintiff's mental impairment(s); the ALJ will address the opinions of Frank Rosenkrans, Ph.D. (Tr. 130-133, 134-137, 138-141), Deborah Baldwin, Ph.D. (Tr. 263-265) and John McRae, Ph.D. (Tr. 146); the ALJ will further consider the opinion of Mahlon Dalley, Ph.D. (Tr. 142-145); the ALJ will consider the evidence from Dennis R. Pollack, Ph.D. (Tr. 318-322, 323-325); the ALJ will further

1  consider Plaintiff's ability to perform past relevant work, and if
2  necessary her ability to perform other work; and the ALJ will
3  obtain medical and vocational expert evidence, as necessary.
4      This case is reversed and remanded pursuant to sentence four
5  of 42 U.S.C. § 405(g).
6              DATED this 29th day of April, 2005.

8                                    s/ Michael W. Leavitt
9                                    MICHAEL W. LEAVITT
                                     UNITED STATES MAGISTRATE JUDGE

11 Presented by:

13 s/ Daphne Banay
   DAPHNE BANAY
   Special Assistant U.S. Attorney
14 Attorney for Defendant
   701 Fifth Ave, Ste 2900, M/S 901
15 Phone:  206-615-2113
   Fax:    206-615-2531
16 daphne.banay@ssa.gov